IN THE UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>v.<br>[9] JORGE REYES-SANTIAGO<br>Defendant | CRIM. NO.: 10-251 (SCC) |

**OPINION AND ORDER**
**RE: AMENDMENT 782**

This is a final determination as to defendant's eligibility for the drug reduction amendment promulgated by the United States Sentencing Commission under Amendment 782 to Policy Statement § 1B1.10(d).

After looking at the date of the judgment, the Court rules as follows:

The defendant is not eligible for a sentence reduction based on the following factor:

The Court included Amendment 782 in its sentence since the defendant was sentenced after November 1, 2014.

| U.S.A v REYES-SANTIAGO | Page 2 |
|---|---:|

The Court orders that the motion for reduction of sentence at (Docket No. 4330) be denied since the defendant was sentenced after November 2014.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 26th day of April, 2021.

        *S*/SILVIA CARRENO-COLL
        UNITED STATES DISTRICT COURT JUDGE